MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorneys for Defendant/Counterclaimant, Premier One Holdings, Inc*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE1, | CASE NO. 2:16-cv-01591-GMN-GWF |
| Plaintiff, | |
| vs. | |
| SPRING MOUNTAIN RANCH MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; and WV INTERNATIONAL, INC., | **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 64, 65, 66]** |
| Defendant. | |
| PREMIER ONE HOLDINGS, INC | |
| Counterclaimant, | |
| vs. | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE1, BEATRICE V. VATTIMA, MICHAEL A. VATTIMA, DOES 1 THROUGH 10, INCLUSIVE, AND ROE BUSINESS ENTITIES 1 THROUGH 10 | |
| Counter - Defendants. | |

Plaintiff/Counterdefendant Wells Fargo Bank, N.A., as Trustee for the Certificateholders of MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1 (hereafter "Plaintiff," or "Wells Fargo), by and through its attorneys of record, Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of Akerman, LLP, Defendant Spring Mountain Ranch Master Association (hereafter "Spring Mountain"), by and through its attorneys of record, Sean L. Anderson, Esq. and T. Chase Pittsenbarger, Esq., of Leach Kern Gruchow Anderson Song, and Defendant/Counterclaimant Premier One Holdings, Inc. (hereafter "Premier One"), by and through its attorneys of record, Michael N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, PLLC, hereby stipulate to extend the time for parties to respond to all pending Motions for Summary Judgment [ECF Nos. 64, 65, 66], by **five days** to August 19, 2019. The extension is necessary because Premier One's undersigned counsel is undergoing a dental procedure on August 14, 2019.  The parties have agreed to a mutual extension of all deadlines in the interest of fairness and professional courtesy. Therefore, the parties agree that good cause supports an extension and the extension is not for purposes of delay or any other bad faith purpose. This is the first request for an extension of the response deadlines for these Motions.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

The new deadline for the response shall be **Monday, August 19, 2019**.

IT IS SO STIPULATED.

DATED this 14th day of August, 2019.          DATED this 14th day of August, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC          AKERMAN, LLP

By:*/s/ James W. Fox*                                  By:*/s/ Donna M. Wittig*
    MICHAEL BEEDE, ESQ.                              MELANIE D. MORGAN, ESQ.
    Nevada Bar No. 13068                              Nevada Bar No. 8215
    JAMES W. FOX, ESQ.                               DONNA M. WITTIG, ESQ.
    Nevada Bar No. 13122                              Nevada Bar No. 11015
    2470 St. Rose Pkwy, Suite 307                    1635 Village Center Circle, Suite 200
    Henderson, NV 89074                              Las Vegas, NV 89134
    T: 702-473-8406                                  T: 702-634-5000
    *Attorneys for Premier One Holdings,*            *Attorneys for Wells Fargo Bank, N.A., as*
    *Inc.*                                           *Trustee for the Certificateholders of MLMI*
                                                     *Trust, Mortgage Loan Asset-Backed*
                                                     *Certificates, Series 2006-HE1*

DATED this 14th day of August, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

By:*/s/ T. Chase Pittsenbarger*
    SEAN L. ANDERSON, ESQ.
    Nevada Bar No. 7259
    T. CHASE PITTSENBARGER, ESQ.
    Nevada Bar No. 13740
    2525 Box Canyon Drive
    Las Vegas, NV 89128
    T: 702-538-9074
    *Attorneys for Spring Mountain Ranch*
    *Master Association*

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for each party to respond to Spring Mountain Ranch Master Association's Motion for Summary Judgment [ECF No. 64]; Premier One Holdings, Inc.'s Motion for Summary Judgment [ECF No. 65]; and Wells Fargo's Motion for Summary Judgment [ECF No. 66] be extended by five days. The new deadline for the any responses shall be August 19, 2019.

**IT IS SO ORDERED.**

**DATED** this _20_ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 14th day of August, 2019, I did cause a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 64, 65, 66]** to be served upon all parties involved in this litigation by the method indicated:

____ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

____ E-Mail

By:    _/s/ Michael Madden_____
           An Employee of The Law Office of Mike Beede, PLLC