MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorneys for Defendant/Counterclaimant, Premier One Holdings, Inc*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE1,<br><br>Plaintiff,<br>vs.<br>SPRING MOUNTAIN RANCH MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; and WV INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO. 2:16-cv-01591-GMN-EJY<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND REPLY IN SUPPORT DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 64, 65, 66]**<br><br>**(FIRST REQUEST)** |
| PREMIER ONE HOLDINGS, INC<br>Counterclaimant,<br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE1, BEATRICE V. VATTIMA, MICHAEL A. VATTIMA, DOES 1 THROUGH 10, INCLUSIVE, AND ROE BUSINESS ENTITIES 1 THROUGH 10<br>Counter - Defendants. | |

Plaintiff/Counterdefendant Wells Fargo Bank, N.A., as Trustee for the Certificateholders of MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1 (hereafter "Plaintiff," or "Wells Fargo"), by and through its attorneys of record, Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of Akerman, LLP, Defendant Spring Mountain Ranch Master Association (hereafter "Spring Mountain"), by and through its attorneys of record, Sean L. Anderson, Esq. and T. Chase Pittsenbarger, Esq., of Leach Kern Gruchow Anderson Song, and Defendant/Counterclaimant Premier One Holdings, Inc. (hereafter "Premier One"), by and through its attorneys of record, Michael N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, PLLC, hereby stipulate to extend the time for parties to file replies in support for all pending Motions for Summary Judgment [ECF Nos. 64, 65, 66], by **three days** to **September 5, 2019**. The current deadline for each party to file its reply is September 2, 2019. However, September 2, 2019 is Labor Day, a Federal holiday. The extension is necessary to avoid any potential confusion about attempting to file any pertinent documents on a day when the courts will be closed in observance of a Federal holiday. The parties have agreed to a mutual extension of all deadlines in the interest of fairness and professional courtesy. Therefore, the parties agree that good cause supports an extension and the extension is not for purposes of delay or any other bad faith purpose. This is the first request for an extension of the deadline to file replies in support for these Motions. The parties had previously requested an extension of the deadline to file any Response to competing Motions for Summary Judgment.

///
///
///
///
///
///
///
///
///

The new deadline for each party to file a Reply in Support of Spring Mountain Ranch Master Association's Motion for Summary Judgment [ECF No. 64]; Premier One Holdings, Inc.'s Motion for Summary Judgment [ECF No. 65]; and Wells Fargo's Motion for Summary Judgment [ECF No. 66] be extended by three days to **Thursday, September 5, 2019.**

IT IS SO STIPULATED.

DATED this 26th day of August, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By:/s/ *Michael Beede, Esq.*
   MICHAEL BEEDE, ESQ.
   Nevada Bar No. 13068
   JAMES W. FOX, ESQ.
   Nevada Bar No. 13122
   2470 St. Rose Pkwy, Suite 307
   Henderson, NV 89074
   T: 702-473-8406
   *Attorneys for Premier One Holdings, Inc.*

DATED this 26th day of August, 2019.

AKERMAN, LLP

By:/s/ *Donna M. Wittig, Esq.*
   MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
   DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
   1635 Village Center Circle, Suite 200
   Las Vegas, NV 89134
   T: 702-634-5000
   *Attorneys for Wells Fargo Bank, N.A., as Trustee for the Certificateholders of MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1*

DATED this 26th day of August, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

By:/s/ *T. Chase Pittsenbarger, Esq.*
   SEAN L. ANDERSON, ESQ.
   Nevada Bar No. 7259
   T. CHASE PITTSENBARGER, ESQ.
   Nevada Bar No. 13740
   2525 Box Canyon Drive
   Las Vegas, NV 89128
   T: 702-538-9074
   *Attorneys for Spring Mountain Ranch Master Association*

**Case Name:** Wells Fargo Bank, N.A. v. Spring Mountain Ranch Master Association, et al.
**Case Number:** 2:16-cv-01591-GMN-EJY

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for each party to file a Reply in Support of Spring Mountain Ranch Master Association's Motion for Summary Judgment [ECF No. 64]; Premier One Holdings, Inc.'s Motion for Summary Judgment [ECF No. 65]; and Wells Fargo's Motion for Summary Judgment [ECF No. 66] be extended by three days. The new deadline for any replies shall be September 5, 2019.

**IT IS SO ORDERED.**

**DATED** this __29__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 26th day of August, 2019, I did cause a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND REPLY IN SUPPORT DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 64, 65, 66]** to be served upon all parties involved in this litigation by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

By:  */s/ Amanda Abril*
An Employee of The Law Office of Mike Beede, PLLC