**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave, Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SPRING MOUNTAIN RANCH MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; WV INTERNATIONAL, INC. <br><br> Defendants. | Case No.: 2:16-cv-01591-GMN-EJY |
| AND ALL RELATED MATTERS. | |

## MOTION TO SUBSTITUTE ATTORNEY

. . .

. . .

. . .

8904 Mesienheimer

Sarah A. Morris, Esq., and Timothy A. Wiseman, Esq. of Morris Law Center, is hereby substituted in as attorney for Premier One Holdings, Inc., in the above-entitled action, in place and instead of prior attorney, James W. Fox, Esq. and Michael N. Beede, Esq., of The Law Offices of Mike Beede, PLLC.

Dated this 21st day of October, 2019.

                                                      Premier One Holdings, Inc.

                                                      */s/: Michael H. Ring*
                                                      Michael H. Ring, President

## CONSENT

As former attorney for Premier One Holdings, Inc., I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq., and Timothy A. Wiseman, Esq. of Morris Law Center, in my place and instead as attorney of record for Defendant, Premier One Holdings, Inc.

Dated this 21st day of October, 2019.

                                                      THE LAW OFFICES OF MIKE BEEDE, PLLC

                                                    */s/Michael Beede*
                                                    Michael Beede, Esq.
                                                  Nevada Bar No. 13068
                                                  James W. Fox, Esq.
                                                  Nevada Bar No. 13122

. . .

. . .

. . .

*Wells Fargo Bank, N.A. vs. Spring Mountain Rach Master Association, et. al.*
Case Number: 2:16-cv-01591-GMN-EJY

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant, Premier One Holdings, Inc.

Dated this 21st day of October, 2019.

MORRIS LAW CENTER

By: _____
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar Number 13786
*Attorneys for Premier One Holdings, Inc.*

## ORDER

The Substitution of Attorneys is hereby approved and so ORDERED.

October 22, 2019
DATE                               UNITED STATES MAGISTRATE JUDGE

8904 Mesienheimer